**Fill in this information to identify the case:**

Debtor 1 ___Jamie L. Smith___

Debtor 2 ___Bailey R. Smith; aka Bailey R. Chapp___
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of __Nebraska__
                                                                    (State)

Case number ___19-40801-TLS___

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** ___Home Point Financial Corporation___     **Court claim no.** (if known): ___20-1___

**Last 4 digits** of any number you use to
identify the debtor's account:     __2__  __4__  __3__  __5__

**Does this notice supplement a prior notice of postpetition fees,
expenses, and charges?**

☑ No

❑ Yes. Date of the last notice: ____/____/_____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 5/15/2019 | (3) | $ 375.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 7/10/2019: Proof of Claim/Plan Review ($650) and 410A Prep ($250) | (5) | $ 900.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify: Statutory Mailings | 5/15/2019 | (11) | $ 33.60 |
| 12. Other. Specify: Publication | 5/15/2019 | (12) | $ 90.11 |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Jamie L. Smith

First Name    Middle Name    Last Name

Case number *(if known)*   19-40801-TLS

---

**Part 2:**    **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ D. Anthony Sottile

Signature

Date   11 / 06 / 2019

Print:    D. Anthony Sottile

First Name    Middle Name    Last Name

Title   Authorized Agent for Creditor

Company    Sottile & Barile, LLC

Address    394 Wards Corner Road, Suite 180

Number    Street

Loveland, OH 45140

City    State    ZIP Code

Contact phone   ( 513 ) 444 – 4100

Email bankruptcy@sottileandbarile.com



| Vendor | SouthLaw, P.C. | Regarding: | | Invoice Number: | ███ |
|---|---|---|---|---|---|
| Address: | PO Box 800076 | SMITH JAMIE L | | Invoice Status: | Check Confirmed |
| | Kansas City, MO 64180-0076 | 1265N COLUMBIA AVE | | Loan No.: | |
| Payee Code: | ATSOUTHLW | SEWARD, NE 68434 | | Loan Type: | FHA |
| Vendor Contact: | Net Director - CaseMax | | | Acquistion Date: | |
| Vendor Ref #: | ███ | | | Type: | Non-Judicial |
| Servicer: | Home Point Financial Corporation - (308) | | | Referral Date : | 2/6/2019 |
| Inv. ID / Cat. ID | ███ | | | Loan Location: | CE |
| Investor Name | HOME POINT FINANCIAL CORP | | | FHA# | ███ |
| Invoice ID | ███ | | | Submitted Date: | 5/15/2019 |
| Litigation Status Code: | | | | Vendor Invoice Date: | 5/15/2019 |
| Man Code: | B | | | Paid In Full Date: | N/A |
| Milestone fee allowed: | $937.50 | | | Foreclosure Removal Date: | N/A |
| | View all events | | | MS Status: | N/A |
| | | | | Relief Requested Date: | N/A |
| | | | | Protection Begin Date: | N/A |
| | | | | Protection End Date: | N/A |

**Original Mortgage Amount:** $128,627.00

### Foreclosure - Foreclosure Services

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 05/15/2019 | 05/15/2019 | 05/15/2019 | | 05/15/2019 | 05/15/2019 | 05/16/2019 | 1 |



| Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Fees | Total: | $375.00 | Invoicing Prev. Billed: | $562.50 | Exc. Loan Allow: | | Exc Ord Allw: | |
| Costs | Total: | $123.71 | Invoicing Prev. Billed: | $59.20 | Exc. Loan Allow: | | Exc Ord Allw: | |
| | | | | | Exc. Loan Total Fees/Costs Allow: | | | |
| Totals | Inv Amt: | $498.71 | Prev. Billed: | $621.70 | Loan Total Fees/Costs Prev.Billed: | $1,162.96 | Exc Ord Allw: | |

**Fees**

| Category | Subcategory | | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees | Allowable | ███ | 1 | $375.00 | $375.00 | $0.00 | $375.00 |
| | **Note:** Foreclosure Fee Recoverable - Sale Date Set Milestone | | | | | | |
| | | | | | **Total:** | **$375.00** | **$0.00** | **$375.00** |

**Costs**

| Category | Subcategory | | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Service Costs | Statutory Mailings | ███ | 4 | $5.60 | $22.40 | $0.00 | $22.40 |
| | **Note:** Statutory Mailings Recoverable | | | | | | |
| Sale Costs | Publication | | 1 | $90.11 | $90.11 | $0.00 | $90.11 |
| | **Note:** Publication - Notice of Sale Recoverable | | | | | | |
| Service Costs | Statutory Mailings | | 2 | $5.60 | $11.20 | $0.00 | $11.20 |
| | **Note:** Statutory Mailings Recoverable | | | | | | |
| | | | | | **Total:** | **$123.71** | **$0.00** | **$123.71** |
| | | | | | **Invoice Total:** | **$498.71** | **$0.00** | **$498.71** |

**Sottile & Barile, LLC**
394 Wards Corner Road, Suite 180
Loveland, OH  45140
accounting@sottileandbarile.com
www.sottileandbarile.com



# Invoice

**BILL TO**
Home Point Financial
Corporation
ATTN: PAYMENT
PROCESSING
11511 Luna Road
2nd and 3rd Floors
Farmers Branch, TX  75234

**INVOICE #** ▮▮▮▮▮
**DATE** 07/10/2019

**S&B FILE NUMBER**
▮▮▮▮▮▮

| DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Smith, Jamie - ▮▮▮▮ | Plan review, Proof of claim | 1 | 650.00 | 650.00 |
| Smith, Jamie - ▮▮▮▮ | 410A Prep | 1 | 250.00 | 250.00 |

**BALANCE DUE** **$900.00**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEBRASKA
## LINCOLN DIVISION

In Re:                                    Case No. 19-40801-TLS

Jamie L. Smith
Bailey R. Smith                           Chapter 13
    *aka* Bailey R. Chapp

Debtors.                                  Chief Judge Thomas L. Saladino

---

## CERTIFICATE OF SERVICE

I certify that on November 6, 2019, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

>       Joel G. Lonowski, Debtors' Counsel
>       jlonowski@morrowpoppelaw.com
>
>       Kathleen Laughlin, Chapter 13 Trustee
>       ecfclerk@ne13trustee.com
>
>       Jerry Jensen, Acting Assistant United States Trustee
>       ustpregion13.om.ecf@usdoj.gov

I further certify that on November 6, 2019, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

>       Jamie L. Smith, Debtor
>       1265 North Columbia Avenue
>       Seward, NE 68434

Bailey R. Smith, Debtor
1265 North Columbia Avenue
Seward, NE 68434

Dated: November 6, 2019                    /s/ D. Anthony Sottile

                                           D. Anthony Sottile
                                           Authorized Agent for Creditor
                                           Sottile & Barile, LLC
                                           394 Wards Corner Road, Suite 180
                                           Loveland, OH 45140
                                           Phone: 513.444.4100
                                           Email: bankruptcy@sottileandbarile.com